# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TAYLOR CORPORATION AND TRAVEL TAGS, INC., Minnesota Corporations, <br><br> Plaintiffs, <br><br> v. <br><br> BARRY FIALA, INC. <br><br> Defendants. | Civil Action No.: 04-662PAM/RLE |

## RESPONSE TO COURT'S SHOW CAUSE ORDER

On June 17, 2004, the Court issued an order to show cause why the above-captioned case should not be dismissed for failure to effect proper service and for failure of prosecution. Within the 120 days allotted by Federal Rule of Civil Procedure 4(m), Plaintiffs served the Complaint and Amended Complaint on Barry Fiala, Inc. That service took place on June 3, 2004. However, Plaintiffs only recently received the affidavit and proof of service from the process server. A copy of the proof of service and affidavit was filed on June 18, 2004.

Because service has been properly made upon Defendant within the time allotted by Rule 4(m), Plaintiffs respectfully request that this case not be dismissed for failure to effect proper service and for failure to prosecute.

|  |  |
|---|---|
|  | TAYLOR CORPORATION AND TRAVEL TAGS, INC., By its attorneys |
| Dated:   June 23, 2004 | s/ Rebecca A. Bortolotti<br>Daniel W. McDonald (#168,580)<br>Rebecca A. Bortolotti (#309,631)<br>Merchant & Gould P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2215<br>Phone: (612) 332-5300<br>Fax:  (612) 332-9081<br><br>Of Counsel:<br><br>Gregory W. Jackson (#167,836)<br>Vice President and General Counsel<br>Taylor Corporation<br>1725 Roe Crest Drive<br>North Mankato, MN 56002-3728<br>Phone: (507) 625-2828<br>Fax: (507) 625-2988 |