IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TAYLOR CORPORATION AND TRAVEL TAGS, INC, Minnesota Corporations, | **Court File No.: 04-CV-662 (PAM/JSM)** |
| Plaintiffs, | |
| vs. | |
| BARRY FIALA, INC., a Tennessee Corporation, | |
| Defendant. | |

_____

| | |
|---|---|
| Western Graphics (U.S.), Inc., a Minnesota corporation, | **Court File No. 04-CV-4968 (PAM/JSM)** |
| Plaintiff, | |
| v. | |
| BARRY FIALA, INC. and Posapac, LLC, Tennessee corporations, | |
| Defendants. | |

_____

## **ORDER**

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED:

1. That, with respect to Court File No. 04-CV-04968, docket entries 47 (Exhibit A), 57 (Exhibit 2), 61 and 62 (Exhibits K, L, M and N) shall be locked by the Clerk of Court and shall be re-filed under seal;

2. That, with respect to Case No. 04-CV-0662, docket entries 37 (Exhibit A), 47 (Exhibit 2), 51 and 52 (Exhibits K, L, M and N) shall be locked by the Clerk of Court and shall be re-filed under seal; and

3. That any future documents disclosing the terms and conditions of the parties' Settlement Agreement and Release shall be filed under seal in conjunction with Defendants' Motion to Enforcement Settlement Agreement.

IT IS SO ORDERED.

Dated this 8th day of March, 2007.

s/ Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge, United States District Court