## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TAYLOR CORPORATION, a Minnesota corporation; and TRAVEL TAGS, INC., a Minnesota corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BARRY FIALA, INC. a Tennessee Corporation,<br><br>　　　　Defendant. | Case No. 04-662 (PAM/JSM)<br><br><br>**ORDER OF DISMISSAL** |

　　The above-captioned case came before the Court on the stipulation of the parties to an order dismissing this action, including any counterclaims, with prejudice and on the merits. [Docket No. 66]

　　Based on the stipulation of the parties, and all the other files, records, and proceedings herein,

　　IT IS HEREBY ORDERED that the plaintiffs' claims against defendant are hereby DISMISSED in their entirety, on the merits and with prejudice, and that defendant's counterclaims against plaintiffs are hereby DISMISSED in their entirety, on the merits and with prejudice. The parties shall each bear their own costs and attorneys' fees.

　　SO ORDERED.

Dated:   April 10  , 2007　　　　　　　　　　 s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge